UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| WILLIAM BELL,<br><br>   *Plaintiff,*<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>   *Defendant.* | §<br>§<br>§<br>§<br>§   CASE NO. 5:18-CV-00243-OLG<br>§<br>§<br>§<br>§<br>§<br>§ |

## JOINT NOTICE OF SETTLEMENT

Plaintiff William Bell and Defendant Portfolio Recovery Associates, LLC (collectively referred to as the "Parties") by and through their respective counsel, hereby submit this Joint Notice of Settlement. The Parties have reached an agreement to settle the above-captioned matter in full and are in the process of finalizing the settlement and filing a dismissal with prejudice.

Dated: June 10, 2021

Respectfully submitted,

By: */s/ Chris R. Miltenberger*
   CHRIS R. MILTENBERGER
   State Bar No. 14171200
   Email: chris@crmlawpractice.com
   **Law Office of Chris R. Miltenberger, PLLC**
   1340 N. White Chapel Blvd., Suite 100
   Southlake, Texas 76092
   P: (817) 416-5060
   F: (817) 416-5062
   ***ATTORNEY FOR PLAINTIFF***

By: */s/ James K. Trefil*
   JAMES K. TREFIL
   Email: james.trefil@troutman.com
   **TROUTMAN PEPPER HAMILTON SANDERS LLP**
   1001 Haxall Point
   Richmond, VA  23219
   *ADMITTED PRO HAC VICE*

   E.X. MARTIN, IV, State Bar No. 24078928
   Email: xmartin@mamlaw.com
   **MALONE AKERLY MARTIN PLLC**
   8750 North Central Expressway
   NCX Building, Suite 1850
   Dallas, Texas 75231
   ***COUNSEL FOR DEFENDANT***
   ***PORTFOLIO RECOVERY ASSOCIATES, LLC***

**Joint Notice of Settlement**

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel record.

*/s/ Chris R. Miltenberger*
Chris R. Miltenberger