UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| WILLIAM BELL,<br>　*Plaintiff,*<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br>　*Defendant.* | §§§§§§§§§§§ | CASE NO. 5:18-CV-00243-OLG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff William Bell and Defendant Portfolio Recovery Associates, LLC, by and through their respective counsel, hereby give notice that the above-captioned action is dismissed with prejudice, with each party to bear his or its own attorneys' fees and costs.

Dated: August 12, 2021

Respectfully submitted,

By: */s/ Chris R. Miltenberger*
　CHRIS R. MILTENBERGER
　State Bar No. 14171200
　Email: chris@crmlawpractice.com
　**Law Office of Chris R. Miltenberger, PLLC**
　1340 N. White Chapel Blvd., Suite 100
　Southlake, Texas 76092
　P: (817) 416-5060
　F: (817) 416-5062
　***ATTORNEY FOR PLAINTIFF***

By: */s/ James K. Trefil*
　JAMES K. TREFIL
　Email: james.trefil@troutman.com
　**TROUTMAN PEPPER HAMILTON SANDERS LLP**
　1001 Haxall Point
　Richmond, VA  23219
　*ADMITTED PRO HAC VICE*

　E.X. MARTIN, IV, State Bar No. 24078928
　Email: xmartin@mamlaw.com
　**MALONE AKERLY MARTIN PLLC**
　8750 North Central Expressway
　NCX Building, Suite 1850
　Dallas, Texas 75231
　***ATTORNEYS FOR DEFENDANT***
　***PORTFOLIO RECOVERY ASSOCIATES, LLC***

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of August 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel record.

*/s/ Chris R. Miltenberger*